EXHIBIT B



Town of Burlington, MA

**Property**

8 KIMBALL CRT

Google Directions     Zoom

View Details

Property Record Card

Tax Map

**Property**
| | |
|---|---|
| Address | 8 KIMBALL CRT |
| ID | 31-130-0 |

**Ownership**
| | |
|---|---|
| Address | 341 NEWBURY ST, STE 5 BOSTON, MA 2115 |

**Valuation**
| | |
|---|---|
| Total | $62,318,200 |
| Buildings | $39,059,100 |
| Land | $23,220,000 |
| Other | 39,100 |
| Last Sale | $90,500,000 on 20201001 |
| Book - Page | 75776-329 |

**Land**
| | |
|---|---|
| Area | 30.92 Ac |
| Zone | RO |
| Land Use Code | 112 |

**Voting Precinct**



Town of Burlington, MA
Property

8 KIMBALL CRT

Google Directions    Zoom

View Details

Property Record Card
Tax Map

**Property**
Address    8 KIMBALL CRT
ID         31-130-0

**Ownership**
Address    341 NEWBURY ST, STE 5
           BOSTON, MA 2115

**Valuation**
Total       $62,318,200
Buildings   $39,059,100
Land        $23,220,000
Other       39,100
Last Sale   $90,500,000 on 20201001
Book - Page 75776-329

**Land**
Area           30.92 Ac
Zone           RO
Land Use Code  112

**Voting Precinct**