# EXHIBIT C

# CITY OF WOBURN



# 1989 MUNICIPAL CODE, AS AMENDED

## With Amendments Through

## April 10, 2024

A True Copy Attest:

_____

**Lindsay E. Higgins, City Clerk**

**SEAL**

# TITLE 13

## PUBLIC SERVICES

<u>Articles and Sections</u>:

### I. GENERAL

13.1.1   Definitions.
13.1.2   Administration.
13.1.3   Construction Standards.
13.1.4   Water/Sewer Application/Connection Fees.
13.1.5   Water/Sewer Charges to Constitute Lien upon Real Estate.
13.1.6   Emergency Repair Costs.
13.1.7   Protection from Damages.
13.1.8   Powers and Authority of Inspectors.
13.1.9   Severability
13.1.9   Validity. (numbered as passed)
13.1.10  Appeals.
13.1.11  Assessments.
13.1.12  Changes in these Regulations.
13.1.13  Pipes, sewer, conduit, poles or other structures on, above, or under streets

### II. WATER SYSTEM

13.2.1   Billing for Water Service.
13.2.2   Water Charges – Payable.
13.2.3   Use of Public Water Required.
13.2.4   Private Water Supply.
13.2.5   Right of Entry.
13.2.6   Conditions Under Which Service is Furnished.
13.2.7   No Liability for Interruption of Service.
13.2.8   No Liability for Dirty Water.
13.2.9   No Liability for Consumer's Pipes.
13.2.10  No Liability for Collapsed Boilers, Etc.
13.2.11  No Liability for Shutting Off Water Without Notice.
13.2.12  Application for Service
13.2.13  Service for Fire Protection.
13.2.14  Water Meters.
13.2.15  Unauthorized Connections.
13.2.16  Alterations to Fixtures.
13.2.17  Alterations to Pipes.
13.2.18  Protection of Pipes, Fixtures, and Meters.

13.2.19   Installation of Meters.
13.2.20   Small Meter Testing.
13.2.21   Large Meter Testing.
13.2.22   Stopped Meters.
13.2.23   Owner's Responsibility.
13.2.24   Transferring Water.
13.2.25   Water for Construction.
13.2.26   Operation of Fire Hydrants.
13.2.27   Water for Power Purposes.
13.2.28   Water for Cooling Purposes.
13.2.29   Water Waste.
13.2.30   Water Meter Tampering.
13.2.31   Water Shut Offs.
13.2.32   Request for Final Water Reading – Change of Ownership.
13.2.33   Cross Connection Control.
13.2.34   Water Use Restrictions.
13.2.35   Rates for Various Types of Services.
13.2.36   Water Inspection Fees.
13.2.37   Water Supplied to Emergency Connections.
13.2.38   Hydrants – Semi-annual Inspection and Flushing.
13.2.39   Reserved.

## III. SEWER SYSTEM

13.3.1 Billing for Sewer Service.
13.3.2 Sewer Charges – Payable.
13.3.3 Use of Public Sewers Required.
13.3.4 Private Sewage Disposal.
13.3.5 Building Sewers and Installation.
13.3.6 Sewer Line Construction and Maintenance.
13.3.7 Use of Public Sewers.
13.3.8 Penalties.
13.3.9 Rates for the Use of Common Sewers.
13.3.10   I/I Mitigation Fee.

## IV. STORMWATER, ILLICIT DISCHARGE/CONNECTION AND CONSTRUCTION SITE MANAGEMENT

13.4.1 Purpose.
13.4.2   Applicability.
13.4.3   Stormwater Management of New Development & Redevlopment.
13.4.4   Illicit Connections.
13.4.5   Erosion/Sedimentation and Materials Management.
13.4.6   Drainage Pattern Alterations.

13.4.7    Responsibility for Administration.
13.4.8    Enforcement.
13.4.9    Rules & Regulations.
13.4.10   Severability.

## I. GENERAL

13.1.1    <u>Definitions.</u>

<u>Abate</u> – Refer to "abatement."

<u>Abatement</u> – a reduction in costs associated with water use or construction of water infrastructure, relates to money.

<u>Agriculture</u> – shall mean farming in all its branches and agriculture, as defined at M.G.L. c. 128, s 1A.

<u>Air-Gap</u> – The unobstructed vertical distance through the free atmosphere between the lowest opening from any pipe or faucet supplying water to a tank, plumbing fixture or other container and the flood rim of said vessel. An approved air-gap shall be required by Department standards.

<u>Approved</u> – Accepted by the Department of Public Works as meeting an applicable specification cited in this regulation, or as suitable for the proposed use.

<u>Aquifer</u> – An underground geological formation, or group of formations, containing water. Are sources of groundwater for wells and springs.

<u>Authority</u> - shall mean Massachusetts Water Resources Authority.

<u>Authorized Enforcement Agency</u> – The Department of Public Works, its employees or agents designated to enforce this municipal code.

<u>Authority Sewerage System</u> - shall mean the sewerage works under the control of the Authority including sewers, pump stations, treatment plants and all other works under the control of the Authority used in collection, storage, transport, treatment, and discharge of waters and wastes and in the operation of the residuals program.

<u>Auxiliary Water Supply</u>- Any water supply on or available to the premises other than the approved public potable water supply overseen by the Department of Public Works.

13-3

13.1.13    Pipes, sewer, conduit, poles or other structures on, above, or under streets

        (1) No gas pipe, sewer, conduit, street railway tract, pole, or any other structure, except wires, whether belonging to the city or to any individual or corporation, shall be placed upon, beneath or above any street, unless a plan showing the proposed location thereof shall have first been deposited with the city engineer, and such location approved the board of city councilors. Prior to approval as aforesaid a final plan shall be filed with the city engineer and the superintendent of public works, showing the accurate location and manner of construction. (amended 10/25/2021)

        (2) Any person violating the foregoing provision shall be subject to a penalty as provided herein and shall remove such structure if required so to do by the city council

## II. WATER SYSTEM

13.2.1    Billing for Water Service.

The Superintendent of Public Works shall cause to be made out and placed in the hands of the collector for collection on or before the first day of July and the thirty-first day of December of each year and at such other times as there is occasion therefore all bills for water becoming due at such time and also all other bills payable to the City on account of the water works.

Bills shall be rendered monthly to any nonresidential water taker consuming large quantities of water. Said Superintendent shall at the same time cause to be sent to the persons from whom the rates are due a notice stating the amount due and demanding the payment thereof. Said Superintendent shall make abatements in the water rates of all proper cases. Said Superintendent shall cause to be kept suitable records of the names of all persons who take the water, the kind of building, the name and number of the street, the nature of the use, the account charged, and amounts of abatements, which shall be open to the inspection of the City Council. (Prior Ch. 29 sec.1).

13.2.2    Water Charges – Payable

All bills for metered water services shall contain the actual meter readings or an estimated reading. Such water charges shall be payable semi-annually, or monthly for non-residential water takers consuming large quantities of water. A $15.00 late fee will be added and interest shall begin to accrue on any balance which remains unpaid after the 31st day at the statutory rate provided in M.G.L. c.59, §57. A $25.00 lien fee will be added when unpaid charges and interest

13-18

are liened to the real estate bills. Only one late fee and lien fee will be imposed when the bill is a combination water/sewer bill. Effective January 1, 2022. (Amended 1/22/2015; amended 12/27/2021)

13.2.3   Use of Public Water System Required.

The owners of all houses, buildings, or properties used for human occupancy, employment, recreation, or other purposes, situated within the City and abutting on any street, alley, or right-of-way in which there is now located or may in the future be located near a public water main of the City, are hereby required at their expense to install water service lines to supply water to the houses, building or properties in accordance with the provisions of these regulations. The owner shall be responsible for maintaining the service line from the curb stop and appurtenances in accordance with these regulations and the State Plumbing Code.

13.2.4   Private Water Supply.

Where a public water main is unavailable under provisions of 13.2.3, the building shall be supplied by a private water supply complying with the requirements of the Board of Health of the City of Woburn acting under the provision 310 CMR 22.00 and/or the DEP.

13.2.5   Right of Entry

Owners and occupants of any commercial, industrial or residential premises served by the City of Woburn water system shall upon presentation by the Department, authorize entry to their premises for the purpose of inspecting and surveying their water system for new installation, cross connections, or to remove, repair, or replace any water meter at any time the Department deems necessary. When such access is refused, the water shall be shut off and shall not be turned on until such access has been allowed and fees have been paid for shutting off and letting on of water. The city shall provide written notice to the owners and occupants of property at least twenty-four (24) hours prior to shutting off service to the property.

13.2.6   Conditions Under Which Service is Furnished.

The Department does not guarantee constant pressure nor uninterrupted service, nor does it assure the consumer either a full volume of water or the required pressure necessary to effectively operate hydraulic elevators, sprinkler systems or other appliances, the same being subject to all the variable conditions that occur in the supply of water for the City's water system.

Any person violating this section shall be liable to the City in the amount of two hundred and fifty dollars for the first violation and five hundred dollars for each subsequent violation which shall inure to the City for such uses as the Department of Public Works may direct. Fines shall be recovered by indictment, or on complaint before the District Court, or by non-criminal disposition in accordance with section 21D of chapter 40 of the general laws. For purpose of non-criminal disposition, the enforcing person(s) shall be any police officer of the City of Woburn. Each day of violation shall constitute a separate offense.

I. Exemptions.

The water use restrictions under this regulation shall not apply to the specific uses outlined below provided that the user meets any applicable eligibility criteria. The Department of Public Works may grant exemptions for the following uses:

1. Water to sustain animal life;
2. Swimming pools used as primary means of exercise, therapy or rehabilitation located at a medical or rehabilitation facility;
3. Commercial car or vehicle washing facilities

## 13.2.35   Rates for Various Types of Services.

A. Residential Units.

1. All residential units, metered and non-metered, shall be billed at a base rate charge of $189.62 semiannually. Multi-residential units shall be billed by the number of units times the flat rate, semiannually. (Amended 6/16/92; 8/20/96; 5/22/2001; 10/29/2001; 12/15/2004; 6/27/2005; 6/14/2006; 1/22/2007; 8/24/2007; 10/9/2008; 7/8/2010; 7/19/2018; 2/6/2020 effective 1/1/2020)

2. For the purpose of this section, "residential units" means Single Family Dwelling, Two Family Dwelling or Multi-Family Dwelling, where one or more persons reside. Multifamily units consist of 3 or more residential units in one building. (amended 11/27/2013)

3. Any increase in the rates in Subsection 1 herein shall require a majority vote of the City Council for approval. (added 6/14/2006; amended 1/22/2007)

B. Mixed Use Buildings

1. Qualifying Mixed Use Buildings with one residential unit shall be billed for their Residential water use at the base rate set forth in the preceding Section A(1) semi-annually provided that the water supplied to the individual residential unit

or units is segregated and metered separately and so long as the requirements of 13.2.35, Section B(7) are satisfied. Qualifying Mixed Use Buildings with multi-residential units shall be billed for their Residential water use by the number of units times the flat rate, semiannually provided that the water supplied to the individual residential unit or units is segregated and metered separately and so long as the requirements of 13.2.35, Section B(7) are satisfied.

2. All other water services provide to a Mixed-Use Building, other than those that qualify for the base rate as set forth in the preceding Section B(1), shall be charged a base rate of $8.51 for every one hundred cubic feet of water used. Separate meters will be required where water is supplied to a building with both a residential unit/units and a commercial unit. (amended 7/19/2018; 2/6/2020 effective 1/1/2020)

3. For the purpose of this section, "Mixed Use Building" means a use that includes a residential use and a commercial use within the same building.

4. For all newly constructed Mixed Use Buildings separate meters will be required where water is supplied to both a residential unit/units and a commercial unit(s).

5. The owner of any existing Mixed Use Building or newly constructed Mixed Use Building may request that the City bill separately for Commercial and Residential water uses provided that the Mixed Use Building complies with all other requirements set forth in Section 13.2.35 including the specific requirements of 13.2.35, Section B(7). Said request shall be made to the Department of Public Works.

6. Upon request by the owner of either an existing Mixed Use Building or newly constructed Mixed Use Building to be billed separately for Commercial and Residential water uses, the Superintendent of the Department of Public Works shall review and respond to such request within 60 days and, if granted, shall be effective as of the date of approval. No such request shall be granted unless the Department of Public Works:

   a. Determines that the water being supplied to the residential unit(s) and the commercial unit(s) are separately metered;
   b. Receives confirmation from Inspectional Services that there is a residential component to the mixed use building, confirmation of the number of residential units, confirmation that there are no known or visible violations of the then current Woburn Zoning Code, Woburn Municipal Code and Massachusetts State Building Code. Inspectional Services shall be granted access to the premises to conduct the inspection within 30 days of the initial

13-36

request. If Inspectional Services are denied access to inspect the premises then the request for separate billing rates shall be denied;

c. Receives confirmation from the Treasurer's office that the owner is not in default of any real estate tax bill; and

d. Determines that all outstanding water and sewer bills relative to the premises are paid in full.

7. Any Appeal of the Superintendent's disposition of a request to be billed separately for Commercial and Residential water uses shall be as set forth in Section 13.1.0.

C. Metered Services.

1. All water services, other than those defined above as residential or mixed use, shall be charged a base rate of $8.51 for every one hundred cubic feet of water used. Separate meters shall be required where water is supplied to both a residential unit/units and a commercial unit. Where water is supplied to both a residential unit and a commercial unit through a single service, the rate charged shall be determined by the principal use of said water. The principal use shall be determined by the Superintendent of Public Works. Water for building purposes shall be supplied by meter, and be charged at the current commercial rate for the total amount of water used. (Amended 08/15/90; 6/16/92, 8/20/96; 5/22/2001; 10/29/2001; 12/15/2004; 6/27/2005; 6/14/2006; 8/24/2007; 10/9/2008; 7/8/2010; 11/27/2013; 7/19/2018; 2/6/2020 effective 1/1/2020).

2. Meters and reading devices shall be the property of the Department of Public Works. The Department of Public Works shall furnish and install a water meter and meter reading unit at no charge for all residential and units in existence as of January 1, 2013 and meter reading unit at no charge for all commercial units in existence as of January 1, 2013.

3. For all new construction of residential and commercial units after January 1, 2013, the builder shall make payment with the Department of Public Works for the full cost of furnishing the water meter and meter reading unit. The builder shall be responsible for installing the water and meter reading unit in accordance with Massachusetts Plumbing Code and the requirements of the department of Public Works.

4. All meter payments shall be placed into a revolving account within the Water and Sewer Enterprise account to be used for water meter and meter reading device replacement. (numbered as adopted)

4. Builders who are not owners of premises where water is supplied may be given service if upon application they make a cash deposit to pay all costs of

13-37

installation and to guarantee the safety of the meter.

5. The minimum charge for shutting off and turning on water shall be twenty five dollars during normal operating hours of the DPW. This fee is increased to two hundred dollars if requested during non-business hours.

6. No charge for water shall be made to city-owned buildings.

7. All active services not in regular use shall be known as "standby" services and shall be charged at the rate of thirteen dollars semiannually for each such service.

8. On services subject to metered water there shall be a minimum charge of $143.75 paid semi-annually July 1st and December 31st. (Amended 08/15/90; 6/16/92; 8/20/96; 5/22/2001; 10/29/2001; 12/15/2004; 8/24/2007; 10/9/2008; 7/8/2010; 7/19/2018; 2/6/2020 effective 1/1/2020)

9. The above rates schedule must be reviewed one year from the day of passage, and every five years thereafter. (Ord. dated 05/18/88; Ord. of 4/18/86; 4/5/85; prior code Ch. 29 4; ord. 07/01/91).

(amended 11/27/2013)

D. Abatements and Exemptions

1. Request for abatements and exemptions must be filed with the Superintendent of Public Works within thirty (30) days of billing date recorded on water and sewer bill. (Ord. dated 05/04/89).

2. An application for abatement will not be considered unless all prior bills on the account are paid and a payment is made on the bill in dispute in an amount equal to the bill issued for the same period in the prior year

3. Out-of-City customers connected to the water distribution system shall be billed the applicable water rate of the city they reside in, plus a 25% service fee. (Ord. dated 05/04/89; 08/15/90; 07/01/91).

4. Business involved in farming or in horticulture activity shall be entitled to ten percent (10%) of annual water bill charges. (Eff. July 1, 1986. Ord. Dated 04/10/87).

5. Any Appeal of the Superintendent's disposition of a request for an abatement or exemption shall be  as set forth in Section 13.1.0.

13-38

6.  Elderly and Widows /Widowers who are entitled to an exemption under Property Tax Statutory Exemption, M.G.L. c. 59, Sec. 5 Cl. 17C and Cl. 41, shall be entitled to a 20% reduction in water charges for the unit/dwelling occupied by the eligible person. Proof of entitlement shall be presented with the water bill. (Ord. dated 05/18/88).

(amended 7/3/2012)

13.2.36   Water Inspection Fees.

A one time water inspection fee shall be assessed to new subdivisions, multi-family complexes and commercial facilities where water mains of 8-inches or larger are installed.  Water inspection fees shall be as follows:

For each foot of new water main installed, a fee of $0.05 per inch diameter per foot shall be paid.  For example, the fee for 1,000 feet of 8-inch main would be: 1,000 feet x 8 inches x $0.05 = $400.00

Water inspection fees shall not be charged for water mains installed in conjunction with mitigation required under Section 18 of the Zoning By Law.

13.2.37   Water Supplied through Emergency Connections.

All water supplied to another community or municipality through an existing emergency connection shall be sold by meter, located at the connection and shall be charged at a rate equal to the current MWRA municipal rate plus a 20% surcharge.

13.2.38   Hydrants – Semi-annual Inspection and Flushing.

The water department shall conduct a semiannual (spring and fall) inspection and flushing of all fire hydrants in the City, to insure maximum protection of all residents.

If the fire hydrant is found to be inoperable, its locus shall be recorded, and copies of records of locations of inoperable hydrants and dates of renovation of same shall be sent to the head of the department of water, chief of the fire department, and City Council at the last regular meetings of the City Council in May and October. (Prior Ch. 29 sec. 5).

13.2.39   Reserved. (Prior Ch. 29 sec. 6; deleted 1/22/2007).

## III. SEWER SYSTEM

13.3.1    Billing for Sewer Service.

The Superintendent of Public Works shall cause to be made out and placed in the hands of the City Collector, bills for such charges in each year, and at the same time shall cause to be sent to the persons from whom such sewer charges are due a notice stating the amount due and demand for payment thereof. The Superintendent of Public Works shall also cause to be kept in suitable books the names of all persons from whom such sewer charges are payable, the name and number of the street, the amount charged, and the amount of discount allowed, and said books shall be open to the Mayor and City Council. (Prior ch. 23 sec. 19)

13.3.2    Sewer Charges – Payable.

Such sewer charges shall be payable semi-annually on August 1 and February 1. A $10.00 late fee will be added and interest shall begin to accrue on any balance which remains unpaid after the 31st day at the statutory rate provided in M.G.L. c.59, §57. A $25.00 lien fee will be added when unpaid charges and interest are liened to the real estate bills. Only one late fee and lien fee will be imposed when the bill is a combination water/sewer bill. Effective July 1, 2015. (Prior ch. 23 sec. 20; amended 4/05/85; amended 1/22/2015)

13.3.3    Use of Public Sewers Required.

It shall be unlawful to discharge any polluted water without the applicable state and federal discharge permits.

Except as hereinafter provided, it shall be unlawful for property owners to construct or repair any privy, privy vault, septic tank, cesspool, or other facility intended or used for the disposal of wastewater where a public sewer is within five hundred (500) feet of the property line and where permission to enter such sewer can be obtained from the authority having jurisdiction over it.

The owners of all houses, buildings, or properties used for human occupancy, employment, recreation, or other purposes, situated within the City and abutting on any street, alley, or right-of-way in which there is now located or may in the future be located a public sewer of the City, are hereby required at their expense to install suitable toilet facilities therein, and to connect such facilities directly with the proper public sewer in accordance with the provisions of these regulations within ninety (90) days after date of receipt of official notice from the Board of Health of the City of Woburn acting under the provisions of Title 5 of the "State Environmental Code for the Commonwealth of Massachusetts, Minimum Requirements for the Subsurface Disposal of Sanitary Sewage" or regulations relative thereto, provided that the public sewer is within five hundred

13-40

Users not metered by the City of Woburn shall be assessed user fees as measured by water usage provided by the public water system which provides their service, if applicable, or if not connected to any public water system, then such measurement shall be made by estimation of the average of five comparable users.

All City Departments and all county, state, federal, and municipal buildings shall be responsible for payment of users fees assessed in accordance with water usage.

Users of City property, including tenants and lessees, shall be responsible for payment of users fees assessed in accordance with water usage.

13.3.9    Rates for Use of Common Sewer.

A. Every person or owner of an estate who has entered or who may hereafter enter his particular sewer into a common sewer shall pay for the use of such sewer as follows:

1. For Domestic Use: base rate of $147.50 for billing cycle. Multi-residential units shall be billed by the number of units times the base rate, semiannually (Ords. 04/05/85; 05/18/88; 05/04/89; 08/15/90; 07/01/91; 6/16/92; 8/20/96; 12/15/2004; 6/27/2005; 6/14/2006; 8/24/2007; 10/9/2008; 7/19/2018; 2/6/2020 effective 1/1/2020)

2. For Manufacturing Use: The base rates shall be 177% of the Annual Water Bill Charges or ten (10) percent above the annual MWRA charge for the sewer discharge whichever is highest. (Ords. 04/05/85; 05/18/88; 05/04/89; 08/15/90; 07/01/91; 06/16/92; 6/14/2006; 7/19/2018)

3. For Small Business Use: The base rates shall be 177% of the Annual Water Bill Charges.  (Ords. 04/05/85; 05/18/88; 08/15/90; 07/01/91; 06/16/92; 6/14/2006; 7/19/2018)

4. For Mixed Use Buildings: The base rates shall be $147.50 per billing cycle for each Domestic Use and 177% of the Annual Water Bill Charges for each separately metered Commercial or Manufacturing Use. Mixed Use Buildings with multi-residential units shall be billed by the number of units times the flat rate, semiannually. (amended 7/19/2018; 2/6/2020 effective 1/1/2020)

a. For the purpose of this section, "Mixed Use Building" means a use that includes a residential use and a commercial use within the same building.

13-49

5. Properties not connected to the Common Sewer where sewer service is available on street, shall be assessed a semi-annual fee of $5.00 per unit dwelling. (Prior ch. 23 sec. 18). (Amended 9/4/92)

6. Senior citizens connected to the Common Sewer who are entitled to an exemption under Property Tax Statutory Exemption, Chapter 59 Sec. 5 Cl. 17C and Chapter 59 Sec. 41 will be entitled to a 66% reduction in sewer charges for the unit dwelling occupied by the eligible person. Proof of entitlement shall be presented with the sewer bill. (Ords. Dated 05/18/88, 05/05/89).

7. Any change in the base rates specified herein shall require a majority vote of the City Council for approval. (added 6/14/2006, amended 1/22/2007)

B.  The quantity of sewerage delivered to a public sewer from a building sewer shall be determined by water meter readings of the appropriate public water system, and said readings are to be taken and recorded under the direction of the Superintendent of Public Works.

C.  Request for abatements and exemptions must be filed, in writing, with the Superintendent of Public Works within thirty (30) days of the billing date recorded on the water and sewer bill except those who have paid sewer charges without being connected to City sewer system. In the latter situation, none of these abatements shall exceed six (6) years. (Ord. Dated 05/04/89 – 3/15/94).

D.  Any Appeal of the Superintendent's disposition of a request for an abatement or exemption shall be as set forth in Section 13.1.0.

E.  Out-of-city customers connected to the Woburn Sewer System shall be billed the applicable sewer rate plus 25% sewer charge fee. (Ord. Dated 05/04/89).

F.  The rate schedule may be amended from time to time after a public hearing, held in accordance with applicable law.

(amended 7/3/2012)

13.3.10 I/I Mitigation Fee.

All new connections to the municipal sanitary system shall be charged a one-time I/I fee in accordance with the following fee schedule: