# EXHIBIT D

Convert to gallons 7.48052

25%

| 2022 | Burlington Rates | | Woburn Fee | |
|---|---|---|---|---|
| | Water | Sewer | Water | Sewer |
| 1 0-20,000 gal | $ 48.13 | $ 47.25 | $ 60.16 | $ 59.08 |
| 2 20,001-30,000 (10,000 gal) | $ 2.01 | $ 6.75 | $ 3.26 | $ 8.44 |
| 3 30,001-50,000 (20,000 gal) | $ 3.58 | $ 7.03 | $ 4.48 | $ 8.79 |
| 4 50,001-70,000 (20,000 gal) | $ 4.55 | $ 7.87 | $ 5.69 | $ 9.84 |
| 5 70,001-90,000 (10,000 gal) | $ 5.85 | $ 9.00 | $ 7.31 | $ 11.25 |
| 6 90,000 (XXXX gal) | $ 6.18 | $ 10.69 | $ 7.73 | $ 13.36 |

| Water | Account # | Invoice # | Consumption | Burlington Base- Water Bill | Woburn 25% Fee | Total | Total Billed | Variance | Check: Woburn Base- Water Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2021 -12/31/2021 | 13147 | 129251 | 1,610,332 | $ 22,115.87 | 5,528.97 | $ 27,644.84 | $ 27,622.98 | $ (21.86) | $ 27,644.84 |
| 6/30/2021 -12/31/2021 | 13148 | 129252 | 2,101,094 | $ 18,965.59 | 4,741.42 | $ 23,707.12 | $ 23,687.81 | $ (19.31) | $ 23,707.12 |
| 12/31/2021-6/30/2022 | 13147 | 141814 | 2,804,727 | $ 23,314.14 | 5,828.54 | $ 29,142.68 | $ 29,119.85 | $ (22.83) | $ 29,142.68 |
| 12/31/2021-6/30/2022 | 13148 | 141815 | [illegible] | $ [illegible] | 4,022.87 | $ [illegible] | $ [illegible] | $ (16.98) | $ [illegible] |

| Sewer | Account # | | Consumption | Burlington Base- Sewer Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Sewer Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2021 -12/31/2021 | 13147 | 129251 | 3,610,832 | $ 38,247.34 | $ 9,561.84 | $ 47,809.18 | $ 47,779.36 | $ (29.82) | $ 47,809.18 |
| 6/30/2021 -12/31/2021 | 13148 | 129252 | 3,101,094 | $ 32,706.25 | $ 8,190.56 | $ 40,997.81 | $ 40,969.28 | $ (28.53) | $ 40,997.81 |
| 12/31/2021 6/30/2022 | 13147 | 141814 | 3,804,727 | $ 40,320.08 | $ 10,080.02 | $ 50,400.10 | $ 50,369.81 | $ (30.29) | $ 50,400.10 |
| 12/31/2021-6/30/2022 | 13148 | 141815 | 2,620,859 | $ 27,833.43 | $ 6,958.36 | $ 34,791.79 | $ 34,764.42 | $ (27.37) | $ 34,791.79 |

| 2023 | Burlington Rates | | Woburn Fee | |
|---|---|---|---|---|
| | Water | Sewer | Water | Sewer |
| 1 0-20,000 gal | $ 51.41 | $ 49.14 | $ 64.26 | $ 61.43 |
| 2 20,001-30,000 (10,000 gal) | $ 2.78 | $ 7.02 | $ 3.48 | $ 8.78 |
| 3 30,001-50,000 (20,000 gal) | $ 3.82 | $ 7.31 | $ 4.78 | $ 9.14 |
| 4 50,001-70,000 (20,000 gal) | $ 4.86 | $ 8.19 | $ 6.08 | $ 10.24 |
| 5 70,001-90,000 (10,000 gal) | $ 6.25 | $ 9.36 | $ 7.81 | $ 11.70 |
| 6 90,000 (XXXX gal) | $ 6.60 | $ 11.12 | $ 8.25 | $ 13.90 |

| Water | Account # | Invoice # | Consumption | Burlington Base- Water Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Water Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2022 -12/31/2022 | 13147 | 153489 | 3,542,587 | $ 22,168.39 | 5,792.10 | $ 28,960.48 | $ 28,956.30 | $ (4.18) | $ 28,960.48 |
| 6/30/2022 -12/31/2022 | 13148 | 153490 | 2,738,514 | $ 17,861.50 | 4,465.38 | $ 22,326.88 | $ 22,322.70 | $ (4.18) | $ 22,326.88 |
| 12/31/2022-6/30/2023 | 13147 | 165172 | 2,875,302 | $ 18,364.31 | 4,591.08 | $ 23,455.38 | $ 23,451.20 | $ (4.18) | $ 23,455.38 |
| 12/31/2022-6/30/2023 | 13148 | 165173 | 2,970,684 | $ 19,393.69 | 4,848.42 | $ 24,242.12 | $ 24,237.94 | $ (4.18) | $ 24,242.12 |

| Sewer | Account # | | Consumption | Burlington Base- Sewer Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Sewer Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2022 -12/31/2022 | 13147 | 153489 | 3,542,587 | $ 39,026.91 | $ 9,756.73 | $ 48,783.64 | $ 48,761.09 | $ (21.65) | $ 48,783.64 |
| 6/30/2022 -12/31/2022 | 13148 | 153490 | 2,738,514 | $ 30,085.61 | $ 7,521.40 | $ 37,607.01 | $ 37,585.37 | $ (21.64) | $ 37,607.01 |
| 12/31/2022-6/30/2023 | 13147 | 165172 | 2,875,302 | $ 31,606.70 | $ 7,901.68 | $ 39,508.38 | $ 39,486.73 | $ (21.65) | $ 39,508.38 |
| 12/31/2022-6/30/2023 | 13148 | 165173 | 2,970,684 | $ 32,667.12 | $ 8,166.78 | $ 40,833.91 | $ 40,812.26 | $ (21.65) | $ 40,833.91 |

| 2024 Rates Starting July 1, 2023 | Burlington Rates | | Woburn Fee | |
|---|---|---|---|---|
| | Water | Sewer | Water | Sewer |
| 1 Flat Rate | $ 27.45 | $ 25.55 | $ 34.31 | $ 31.94 |
| 2 10,001-15,000 (5,000 gal) | $ 2.97 | $ 7.30 | $ 3.71 | $ 9.13 |
| 3 15,001-25,000 (10,000 gal) | $ 4.08 | $ 7.60 | $ 5.10 | $ 9.50 |
| 4 25,001-35,000 (10,000 gal) | $ 5.19 | $ 8.52 | $ 6.49 | $ 10.65 |
| 5 35,001-45,000 (10,000 gal) | $ 5.65 | $ 9.73 | $ 7.31 | $ 12.16 |
| 6 45,001-3,616,024 (3,571,024 gal) | $ 7.05 | $ 11.56 | $ 8.81 | $ 14.45 |

| Water | Account # | Invoice # | Consumption | Burlington Base- Water Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Water Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2023 -12/31/2023 | 13147 | 176909 | 3,353,727 | $ 23,528.02 | 5,882.01 | $ 29,410.03 | $ 29,257.96 | $ (152.07) | $ 29,410.03 |
| 6/30/2023 -12/31/2023 | 13148 | 176910 | 2,827,880 | $ 19,820.03 | [illegible] | $ 24,776.04 | $ 24,625.28 | $ [illegible] | $ 24,776.04 |
| 12/31/2023-6/30/2024 | 13147 | 188721 | 2,713,605 | $ 19,016.58 | 4,754.14 | $ 23,770.72 | $ 23,620.25 | $ (150.47) | $ 23,770.72 |
| 12/31/2023-6/30/2024 | 13148 | 188722 | 3,040,711 | $ 21,363.56 | [illegible] | $ 26,704.45 | $ [illegible] | $ (171.30) | $ 26,704.45 |

| Sewer | Account # | | Consumption | Burlington Base- Sewer Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Sewer Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2023-12/31/2023 | 13147 | 176909 | 3,353,727 | $ 38,569.43 | $ 9,642.36 | $ 48,211.79 | $ 47,962.23 | $ (249.56) | $ 48,211.79 |
| 6/30/2023-12/31/2023 | 13148 | 176910 | 2,827,880 | $ 32,490.68 | $ 8,122.67 | $ 40,613.35 | $ 40,363.78 | $ (249.57) | $ 40,613.35 |
| 12/31/2023-6/30/2024 | 13147 | 188721 | 2,713,605 | $ 31,171.94 | $ 7,792.99 | $ 38,964.93 | $ 38,715.35 | $ (249.58) | $ 38,964.93 |
| 12/31/2023-6/30/2024 | 13148 | 188722 | 3,040,711 | $ 35,020.33 | $ 8,755.08 | $ 43,775.41 | $ 43,525.84 | $ (249.57) | $ 43,775.41 |

| 2025 Rates Starting July 1, 2024 | Burlington Rates | | Woburn Fee | |
|---|---|---|---|---|
| | Water | Sewer | Water | Sewer |
| 1 Flat Rate | $ 30.14 | $ 27.29 | $ 37.68 | $ 34.11 |
| 2 10,001-15,000 (5,000 gal) | $ 3.26 | $ 7.80 | $ 4.08 | $ 9.75 |
| 3 15,001-25,000 (10,000 gal) | $ 4.48 | $ 8.12 | $ 5.60 | $ 10.15 |
| 4 25,001-35,000 (10,000 gal) | $ 5.70 | $ 9.09 | $ 7.13 | $ 11.36 |
| 5 35,001-45,000 (10,000 gal) | $ 7.33 | $ 10.39 | $ 9.16 | $ 12.99 |
| 6 45,001-3,616,024 (3,571,024 gal) | $ 7.74 | $ 12.35 | $ 9.68 | $ 15.44 |

| Water | Account # | | Consumption | Burlington Base- Water Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Water Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2024 -12/31/2024 | 13147 | 200477 | 3,010,024 | $ 27,861.27 | 6,965.32 | $ 34,826.58 | $ 34,808.62 | $ (17.96) | $ 34,826.58 |
| 6/30/2024 -12/31/2024 | 13148 | 200478 | 2,341,840 | $ 25,739.06 | 6,434.77 | $ 32,173.83 | $ 32,157.26 | $ (16.59) | $ 32,173.83 |

| Sewer | | | Consumption | Burlington Base- Sewer Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Sewer Bill |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2024 -12/31/2024 | 13147 | 200477 | 3,616,024 | $ 44,444.44 | $ 11,111.11 | $ 55,555.55 | $ 55,564.47 | $ 8.92 | $ 55,555.55 |
| 6/30/2024 -12/31/2024 | 13148 | 200478 | 3,341,840 | $ 41,058.26 | $ 10,264.57 | $ 51,322.83 | $ 51,331.07 | $ 8.24 | $ 51,322.83 |

| | | | Consumption | Burlington Base- Sewer Bill | Woburn 25% Fee | Total | Total Billed | Variance | Woburn Base- Sewer Bill |
|---|---|---|---|---|---|---|---|---|---|
| Average Consumption | | Water | 3,007,978 | $ 23,154.99 | $ 5,788.75 | $ 28,943.74 | | $ (28,943.74) | $ 28,943.74 |
| | | Sewer | 3,007,978 | $ 30,935.07 | $ 9,233.77 | $ 40,168.84 | | $ (40,168.84) | $ 40,168.84 |

Fee Calc

| Date | Water | Sewer | Total |
|---|---|---|---|
| 2021 (started in June) | $ 10,270.39 | $ 17,761.40 | $ 28,031.79 |
| 2022 | $ 20,109.88 | $ 34,316.51 | $ 54,426.39 |
| 2023 | $ 20,376.71 | $ 33,833.48 | $ 54,210.20 |
| 2024 | $ 23,495.12 | $ 37,923.74 | $ 61,418.87 |
| | | | $ 198,087.24 |