# EXHIBIT E

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | UB-U | 1874 | 1 WINN | ST-BURLINGTON | UB | | | 101834 | 0 | DAVIS | CALEB |
| 2001 | UB-U | 32371 | 1 WINN | ST-BURLINGTON | UB | 933.16 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2001 | UB-U | 20752 | 1 WINN | ST-BURLINGTON | UB | 77.56 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2002 | UB-U | 64970 | 1 WINN | ST-BURLINGTON | UB | 59.78 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2002 | UB-U | 54034 | 1 WINN | ST-BURLINGTON | UB | 69.79 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2002 | UB-U | 42357 | 1 WINN | ST-BURLINGTON | UB | 57.20 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2003 | UB-U | 75896 | 1 WINN | ST-BURLINGTON | UB | 114.52 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2003 | UB-U | 857 | 1 WINN | ST-BURLINGTON | UB | 156.05 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2004 | UB-U | 26351 | 1 WINN | ST-BURLINGTON | UB | 87.44 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2004 | UB-U | 11794 | 1 WINN | ST-BURLINGTON | UB | 100.47 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2005 | UB-U | 48915 | 1 WINN | ST-BURLINGTON | UB | 95.89 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2005 | UB-U | 37352 | 1 WINN | ST-BURLINGTON | UB | 98.03 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2006 | UB-U | 60882 | 1 WINN | ST-BURLINGTON | UB | 108.32 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2007 | UB-U | 96932 | 1 WINN | ST-BURLINGTON | UB | 23.50 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2007 | UB-U | 71919 | 1 WINN | ST-BURLINGTON | UB | 95.98 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2008 | UB-U | 118321 | 1 WINN | ST-BURLINGTON | UB | 23.50 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2008 | UB-U | 107253 | 1 WINN | ST-BURLINGTON | UB | 36.50 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2009 | UB-U | 140615 | 1 WINN | ST-BURLINGTON | UB | 36.50 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2009 | UB-U | 129528 | 1 WINN | ST-BURLINGTON | UB | 36.50 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2010 | UB-U | 152707 | 1 WINN | ST-BURLINGTON | UB | 36.50 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2010 | UB-U | 151725 | 1 WINN | ST-BURLINGTON | UB | 38.75 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2011 | UB-U | 185145 | 1 WINN | ST-BURLINGTON | UB | 37.63 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2011 | UB-U | 173986 | 1 WINN | ST-BURLINGTON | UB | 38.75 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2012 | UB-U | 207464 | 1 WINN | ST-BURLINGTON | UB | 38.75 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2012 | UB-U | 196306 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2013 | UB-U | 229793 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2013 | UB-U | 218619 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2014 | UB-U | 252189 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2014 | UB-U | 230818 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2015 | UB-U | 1017 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2015 | UB-U | 40 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2016 | UB-U | 33975 | 1 WINN | ST-BURLINGTON | UB | 46.25 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2016 | UB-U | 22566 | 1 WINN | ST-BURLINGTON | UB | 523.24 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2017 | UB-U | 1092 | 1 WINN | ST-BURLINGTON | UB | 98.85 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2017 | UB-U | 18 | 1 WINN | ST-BURLINGTON | UB | 96.95 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2018 | UB-U | 35281 | 1 WINN | ST-BURLINGTON | UB | 70.14 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2018 | UB-U | 22979 | 1 WINN | ST-BURLINGTON | UB | 61.48 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2019 | UB-U | 58254 | 1 WINN | ST-BURLINGTON | UB | 655.83 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2019 | UB-U | 41247 | 1 WINN | ST-BURLINGTON | UB | 292.40 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2020 | UB-U | 69866 | 1 WINN | ST-BURLINGTON | UB | 343.19 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2020 | UB-U | 68899 | 1 WINN | ST-BURLINGTON | UB | 334.28 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2021 | UB-U | 106724 | 1 WINN | ST-BURLINGTON | UB | 111.59 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2021 | UB-U | 94238 | 1 WINN | ST-BURLINGTON | UB | 431.29 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2022 | UB-U | 129238 | 1 WINN | ST-BURLINGTON | UB | 60.16 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2022 | UB-U | 117543 | 1 WINN | ST-BURLINGTON | UB | 56.34 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2023 | UB-U | 153476 | 1 WINN | ST-BURLINGTON | UB | 64.26 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2023 | UB-U | 141801 | 1 WINN | ST-BURLINGTON | UB | 50.16 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2024 | UB-U | 176896 | 1 WINN | ST-BURLINGTON | UB | 68.63 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2024 | UB-U | 165159 | 1 WINN | ST-BURLINGTON | UB | 64.26 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2025 | UB-U | 200464 | 1 WINN | ST-BURLINGTON | UB | 87.34 | 0.00 | 101834 | 0 | DAVIS | CALEB |
| 2025 | UB-U | 188708 | 1 WINN | ST-BURLINGTON | UB | 68.63 | 0.00 | 101834 | 0 | DAVIS | CALEB |

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | | | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | UB-U | 2174 | 21-23 WINTER ST | BURLNGTN | | UB | 665.49 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2001 | UB-U | 32372 | 21-23 WINTER ST | BURLNGTN | | UB | 114.26 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2001 | UB-U | 20753 | 21-23 WINTER ST | BURLNGTN | | UB | 114.26 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2002 | UB-U | 64971 | 21-23 WINTER ST | BURLNGTN | | UB | 70.30 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2002 | UB-U | 54035 | 21-23 WINTER ST | BURLNGTN | | UB | 53.69 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2003 | UB-U | 42358 | 21-23 WINTER ST | BURLNGTN | | UB | 153.58 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2003 | UB-U | 75897 | 21-23 WINTER ST | BURLNGTN | | UB | 95.18 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2004 | UB-U | 858 | 21-23 WINTER ST | BURLNGTN | | UB | 82.13 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2004 | UB-U | 26352 | 21-23 WINTER ST | BURLNGTN | | UB | 84.34 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2005 | UB-U | 11795 | 21-23 WINTER ST | BURLNGTN | | UB | 90.32 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2005 | UB-U | 48916 | 21-23 WINTER ST | BURLNGTN | | UB | 86.20 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2006 | UB-U | 37353 | 21-23 WINTER ST | BURLNGTN | | UB | 87.99 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2006 | UB-U | 60883 | 21-23 WINTER ST | BURLNGTN | | UB | 114.26 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2007 | UB-U | 96933 | 21-23 WINTER ST | BURLNGTN | | UB | 72.88 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2007 | UB-U | 71920 | 21-23 WINTER ST | BURLNGTN | | UB | 36.50 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2008 | UB-U | 118322 | 21-23 WINTER ST | BURLNGTN | | UB | 36.50 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2008 | UB-U | 107254 | 21-23 WINTER ST | BURLNGTN | | UB | 36.50 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2009 | UB-U | 140616 | 21-23 WINTER ST | BURLNGTN | | UB | 38.75 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2009 | UB-U | 129529 | 21-23 WINTER ST | BURLNGTN | | UB | 37.63 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2010 | UB-U | 152708 | 21-23 WINTER ST | BURLNGTN | | UB | 38.75 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2010 | UB-U | 151726 | 21-23 WINTER ST | BURLNGTN | | UB | 38.75 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2011 | UB-U | 185146 | 21-23 WINTER ST | BURLNGTN | | UB | 46.25 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2011 | UB-U | 173987 | 21-23 WINTER ST | BURLNGTN | | UB | 46.25 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2012 | UB-U | 207465 | 21-23 WINTER ST | BURLNGTN | | UB | 46.25 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2012 | UB-U | 196307 | 21-23 WINTER ST | BURLNGTN | | UB | 46.25 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2013 | UB-U | 229794 | 21-23 WINTER ST | BURLNGTN | | UB | 46.25 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2013 | UB-U | 218620 | 21-23 WINTER ST | BURLNGTN | | UB | 74.09 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2014 | UB-U | 252190 | 21-23 WINTER ST | BURLNGTN | | UB | 98.75 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2014 | UB-U | 230819 | 21-23 WINTER ST | BURLNGTN | | UB | 100.11 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2015 | UB-U | 1018 | 21-23 WINTER ST | BURLNGTN | | UB | 99.60 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2015 | UB-U | 41 | 21-23 WINTER ST | BURLNGTN | | UB | 82.35 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2016 | UB-U | 39976 | 21-23 WINTER ST | BURLNGTN | | UB | 87.03 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2016 | UB-U | 22567 | 21-23 WINTER ST | BURLNGTN | | UB | 78.03 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2017 | UB-U | 1093 | 21-23 WINTER ST | BURLNGTN | | UB | 76.93 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2017 | UB-U | 19 | 21-23 WINTER ST | BURLNGTN | | UB | 85.26 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2018 | UB-U | 35282 | 21-23 WINTER ST | BURLNGTN | | UB | 78.22 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2018 | UB-U | 22980 | 21-23 WINTER ST | BURLNGTN | | UB | 125.10 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2019 | UB-U | 58255 | 21-23 WINTER ST | BURLNGTN | | UB | 97.92 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2019 | UB-U | 41248 | 21-23 WINTER ST | BURLNGTN | | UB | 153.30 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2020 | UB-U | 69867 | 21-23 WINTER ST | BURLNGTN | | UB | 150.39 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2020 | UB-U | 68900 | 21-23 WINTER ST | BURLNGTN | | UB | 115.74 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2021 | UB-U | 106725 | 21-23 WINTER ST | BURLNGTN | | UB | 112.47 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2021 | UB-U | 94239 | 21-23 WINTER ST | BURLNGTN | | UB | 204.87 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2022 | UB-U | 129239 | 21-23 WINTER ST | BURLNGTN | | UB | 105.69 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2022 | UB-U | 117544 | 21-23 WINTER ST | BURLNGTN | | UB | 164.46 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2023 | UB-U | 153477 | 21-23 WINTER ST | BURLNGTN | | UB | 112.54 | 0.00 | 102125 | 0 | MACK RICHARD F |
| 2023 | UB-U | 141802 | 21-23 WINTER ST | BURLNGTN | | UB | | | | | |
| 2024 | UB-U | 176897 | 21-23 WINTER ST | BURLNGTN | | UB | | | | | |
| 2024 | UB-U | 165160 | 21-23 WINTER ST | BURLNGTN | | UB | | | | | |
| 2025 | UB-U | 200465 | 21-23 WINTER ST | BURLNGTN | | UB | | | | | |
| 2025 | UB-U | 188709 | 21-23 WINTER ST | BURLNGTN | | UB | | | | | |

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | UB-U | 4479 | 3 WYMAN ST - BURLINGTON | UB | 358.87 | 0.00 | 104398 | 0 | CAI HUA |
| 2001 | UB-U | 32374 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2001 | UB-U | 20755 | 3 WYMAN ST - BURLINGTON | UB | 97.91 | 0.00 | 104398 | 0 | CAI HUA |
| 2002 | UB-U | 64973 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2002 | UB-U | 54037 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2003 | UB-U | 42360 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2003 | UB-U | 75899 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2004 | UB-U | 860 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2004 | UB-U | 26354 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2005 | UB-U | 11797 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2005 | UB-U | 48918 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2006 | UB-U | 37355 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2006 | UB-U | 60885 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2007 | UB-U | 96935 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2007 | UB-U | 71922 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2008 | UB-U | 118324 | 3 WYMAN ST - BURLINGTON | UB | 83.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2008 | UB-U | 107256 | 3 WYMAN ST - BURLINGTON | UB | 83.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2009 | UB-U | 140618 | 3 WYMAN ST - BURLINGTON | UB | 73.07 | 0.00 | 104398 | 0 | CAI HUA |
| 2009 | UB-U | 129531 | 3 WYMAN ST - BURLINGTON | UB | 70.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2010 | UB-U | 132710 | 3 WYMAN ST - BURLINGTON | UB | 78.06 | 0.00 | 104398 | 0 | CAI HUA |
| 2010 | UB-U | 151728 | 3 WYMAN ST - BURLINGTON | UB | 74.20 | 0.00 | 104398 | 0 | CAI HUA |
| 2011 | UB-U | 185148 | 3 WYMAN ST - BURLINGTON | UB | 78.06 | 0.00 | 104398 | 0 | CAI HUA |
| 2011 | UB-U | 173989 | 3 WYMAN ST - BURLINGTON | UB | 78.06 | 0.00 | 104398 | 0 | CAI HUA |
| 2012 | UB-U | 207467 | 3 WYMAN ST - BURLINGTON | UB | 92.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2012 | UB-U | 196309 | 3 WYMAN ST - BURLINGTON | UB | 92.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2013 | UB-U | 229796 | 3 WYMAN ST - BURLINGTON | UB | 92.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2013 | UB-U | 218622 | 3 WYMAN ST - BURLINGTON | UB | 92.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2014 | UB-U | 252192 | 3 WYMAN ST - BURLINGTON | UB | 98.75 | 0.00 | 104398 | 0 | CAI HUA |
| 2014 | UB-U | 230821 | 3 WYMAN ST - BURLINGTON | UB | 92.50 | 0.00 | 104398 | 0 | CAI HUA |
| 2015 | UB-U | 1019 | 3 WYMAN ST - BURLINGTON | UB | 98.75 | 0.00 | 104398 | 0 | CAI HUA |
| 2015 | UB-U | 43 | 3 WYMAN ST - BURLINGTON | UB | 98.75 | 0.00 | 104398 | 0 | CAI HUA |
| 2016 | UB-U | 33978 | 3 WYMAN ST - BURLINGTON | UB | 347.91 | 0.00 | 104398 | 0 | CAI HUA |
| 2016 | UB-U | 22569 | 3 WYMAN ST - BURLINGTON | UB | 233.97 | 0.00 | 104398 | 0 | CAI HUA |
| 2017 | UB-U | 1095 | 3 WYMAN ST - BURLINGTON | UB | 209.06 | 0.00 | 104398 | 0 | CAI HUA |
| 2017 | UB-U | 21 | 3 WYMAN ST - BURLINGTON | UB | 318.38 | 0.00 | 104398 | 0 | CAI HUA |
| 2018 | UB-U | 35284 | 3 WYMAN ST - BURLINGTON | UB | 112.24 | 0.00 | 104398 | 0 | CAI HUA |
| 2018 | UB-U | 22982 | 3 WYMAN ST - BURLINGTON | UB | 321.16 | 0.00 | 104398 | 0 | CAI HUA |
| 2019 | UB-U | 58257 | 3 WYMAN ST - BURLINGTON | UB | 164.30 | 0.00 | 104398 | 0 | CAI HUA |
| 2019 | UB-U | 41250 | 3 WYMAN ST - BURLINGTON | UB | 192.66 | 0.00 | 104398 | 0 | CAI HUA |
| 2020 | UB-U | 69869 | 3 WYMAN ST - BURLINGTON | UB | 107.35 | 0.00 | 104398 | 0 | CAI HUA |
| 2020 | UB-U | 68902 | 3 WYMAN ST - BURLINGTON | UB | 122.95 | 0.00 | 104398 | 0 | CAI HUA |
| 2021 | UB-U | 106727 | 3 WYMAN ST - BURLINGTON | UB | 266.10 | 0.00 | 104398 | 0 | CAI HUA |
| 2021 | UB-U | 94241 | 3 WYMAN ST - BURLINGTON | UB | 154.31 | 0.00 | 104398 | 0 | CAI HUA |
| 2022 | UB-U | 129241 | 3 WYMAN ST - BURLINGTON | UB | 119.22 | 0.00 | 104398 | 0 | CAI HUA |
| 2022 | UB-U | 117546 | 3 WYMAN ST - BURLINGTON | UB | 113.13 | 0.00 | 104398 | 0 | CAI HUA |
| 2023 | UB-U | 153479 | 3 WYMAN ST - BURLINGTON | UB | 130.21 | 0.00 | 104398 | 0 | CAI HUA |
| 2023 | UB-U | 141804 | 3 WYMAN ST - BURLINGTON | UB | 136.94 | 0.00 | 104398 | 0 | CAI HUA |
| 2024 | UB-U | 176899 | 3 WYMAN ST - BURLINGTON | UB | 133.70 | 0.00 | 104398 | 0 | CAI HUA |
| 2024 | UB-U | 165162 | 3 WYMAN ST - BURLINGTON | UB | 125.69 | 0.00 | 104398 | 0 | CAI HUA |
| 2025 | UB-U | 200467 | 3 WYMAN ST - BURLINGTON | UB | 420.44 | 0.00 | 104398 | 0 | CAI HUA |
| 2025 | UB-U | 188711 | 3 WYMAN ST - BURLINGTON | UB | 132.50 | 0.00 | 104398 | 0 | CAI HUA |

Report generated: 04/24/2025 10:51
User: scalessel
Program ID: arbiling

Page 1

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | | | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 |
|------|------|-----------|-----------|---|---|---------|---------------|--------|----------|-----------|--------|
| 2000 | UB-U | 4607 | 120 PEARL ST | BURLINGTON | | UB | 962.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2001 | UB-U | 32375 | 120 PEARL ST | BURLINGTON | | UB | 177.49 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2001 | UB-U | 20756 | 120 PEARL ST | BURLINGTON | | UB | 185.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2002 | UB-U | 58564 | 120 PEARL ST | BURLINGTON | | UB | 185.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2002 | UB-U | 54038 | 120 PEARL ST | BURLINGTON | | UB | 70.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2003 | UB-U | 42361 | 120 PEARL ST | | | UB | 70.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2003 | UB-U | 80347 | 120 PEARL ST | | | UB | 185.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2004 | UB-U | 69513 | 120 PEARL ST | | | UB | 185.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2004 | UB-U | 26355 | 120 PEARL ST | | | UB | 185.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2004 | UB-U | 11798 | 120 PEARL ST | | | UB | 185.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2005 | UB-U | 5357 | 120 PEARL ST | | | UB | 217.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2005 | UB-U | 48919 | 120 PEARL ST | | | UB | 217.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2006 | UB-U | 37356 | 120 PEARL ST | | | UB | 234.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2007 | UB-U | 60886 | 120 PEARL ST | | | UB | 234.00 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2007 | UB-U | 96936 | 120 PEARL ST | | | UB | 83.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2008 | UB-U | 71923 | 120 PEARL ST | | | UB | 83.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2008 | UB-U | 118325 | 120 PEARL ST | | | UB | 73.07 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2009 | UB-U | 107257 | 120 PEARL ST | | | UB | 70.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2009 | UB-U | 140619 | 120 PEARL ST | | | UB | 127.69 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2010 | UB-U | 129532 | 120 PEARL ST | | | UB | 74.20 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2010 | UB-U | 152711 | 120 PEARL ST | | | UB | 78.06 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2011 | UB-U | 151729 | 120 PEARL ST | | | UB | 78.06 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2011 | UB-U | 185149 | 120 PEARL ST | | | UB | 92.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2012 | UB-U | 173990 | 120 PEARL ST | | | UB | 92.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2012 | UB-U | 207468 | 120 PEARL ST | | | U3 | 92.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2013 | UB-U | 196310 | 120 PEARL ST | | | UB | 92.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2013 | UB-U | 229797 | 120 PEARL ST | | | UR | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2014 | UB-U | 218623 | 120 PEARL ST | | | UB | 92.50 | 1.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2014 | UB-U | 252193 | 120 PEARL ST | | | UB | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2015 | UB-U | 230822 | 120 PEARL ST | | | UB | 92.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2015 | UB-U | 1020 | | | | UB | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2016 | UB-U | 44 | | | | UB | 198.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2016 | UB-U | 33987 | 120 PEARL ST | | | UB | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2017 | UB-U | 22574 | 120 PEARL ST | | | UB | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2017 | UB-U | 1096 | 120 PEARL ST | | | UB | 198.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2018 | UB-U | 22 | 120 PEARL ST | | | UB | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2018 | UB-U | 35285 | 120 PEARL ST | | | UB | 198.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2019 | UB-U | 22983 | 120 PEARL ST | | | UB | 198.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2019 | UB-U | 58258 | 120 PEARL ST | BURLINGTON | | UB | 198.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2020 | UB-U | 41251 | 120 PEARL ST | BURLINGTON | | UB | 288.77 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2020 | UB-U | 69870 | 120 PEARL ST | BURLINGTON | | UB | 98.75 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2021 | UB-U | 68903 | 120 PEARL ST | BURLINGTON | | UB | 133.36 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2021 | UB-U | 106728 | 120 PEARL ST | BURLINGTON | | UB | 465.25 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2022 | UB-U | 94242 | 120 PEARL ST | BURLINGTON | | UB | 320.18 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2022 | UB-U | 129242 | 120 PEARL ST | BURLINGTON | | UB | 203.06 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2023 | UB-U | 117547 | 120 PEARL ST | BURLINGTON | | UB | 256.81 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2023 | UB-U | 153480 | 120 PEARL ST | BURLINGTON | | UB | 302.32 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2024 | UB-U | 141805 | 120 PEARL ST | BURLINGTON | | UB | 247.97 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2024 | UB-U | 176900 | 120 PEARL ST | BURLINGTON | | UB | 191.72 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2025 | UB-U | 165163 | 120 PEARL ST | BURLINGTON | | UB | 132.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2025 | UB-U | 200468 | 120 PEARL ST | BURLINGTON | | UB | 191.67 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| 2025 | UB-U | 188712 | 120 PEARL ST | BURLINGTON | | UB | 155.70 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |
| | | | | | | | 132.50 | 0.00 | 104526 | 0 | GAGLIA GIORGIO |

Report generated: 04/24/2025 10:52
User: scalessel
Program ID: arbilling

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | UB-U | 8327 | 21 THISTLE RD | UB | 822.31 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2001 | UB-U | 32380 | 21 THISTLE RD | UB | 58.97 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2001 | UB-U | 20761 | 21 THISTLE RD | UB | 41.43 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2002 | UB-U | 64978 | 21 THISTLE RD | UB | 23.50 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2002 | UB-U | 54043 | 21 THISTLE RD | UB | 23.50 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2002 | UB-U | 42366 | 21 THISTLE RD | UB | 25.50 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2003 | UB-U | 75904 | 21 THISTLE RD | UB | 23.50 | 0.00 | 108081 | 0 | CIAMPA CAROL |
| 2003 | UB-U | 864 | 21 THISTLE RD | UB | 23.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2004 | UB-U | 26359 | 21 THISTLE RD | UB | 27.41 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2004 | UB-U | 11802 | 21 THISTLE RD | UB | 23.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2005 | UB-U | 48923 | 21 THISTLE RD | UB | 23.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2005 | UB-U | 37360 | 21 THISTLE RD | UB | 23.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2006 | UB-U | 60890 | 21 THISTLE RD | UB | 23.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2006 | UB-U | 96940 | 21 THISTLE RD | UB | 36.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2007 | UB-U | 71927 | 21 THISTLE RD | UB | 36.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2008 | UB-U | 118329 | 21 THISTLE RD | UB | 36.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2008 | UB-U | 107261 | 21 THISTLE RD | UB | 36.50 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2009 | UB-U | 140623 | 21 THISTLE RD | UB | 38.75 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2009 | UB-U | 129536 | 21 THISTLE RD | UB | 37.63 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2010 | UB-U | 152715 | 21 THISTLE RD | UB | 38.75 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2010 | UB-U | 151733 | 21 THISTLE RD | UB | 38.75 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2011 | UB-U | 185153 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2011 | UB-U | 173994 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2012 | UB-U | 207472 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2012 | UB-U | 196314 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2013 | UB-U | 229800 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2013 | UB-U | 218627 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2014 | UB-U | 252196 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2014 | UB-U | 230825 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2015 | UB-U | 1023 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2015 | UB-U | 47 | 21 THISTLE RD | UB | 68.77 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2016 | UB-U | 33981 | 21 THISTLE RD | UB | 71.00 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2016 | UB-U | 22577 | 21 THISTLE RD | UB | 63.58 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2017 | UB-U | 1099 | 21 THISTLE RD | UB | 54.02 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2017 | UB-U | 25 | 21 THISTLE RD | UB | 49.40 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2018 | UB-U | 35288 | 21 THISTLE RD | UB | 46.25 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2018 | UB-U | 22986 | 21 THISTLE RD | UB | 52.75 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2019 | UB-U | 58261 | 21 THISTLE RD | UB | 49.40 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2019 | UB-U | 41254 | 21 THISTLE RD | UB | 66.43 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2020 | UB-U | 69873 | 21 THISTLE RD | UB | 62.57 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2020 | UB-U | 68906 | 21 THISTLE RD | UB | 85.63 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2021 | UB-U | 106731 | 21 THISTLE RD | UB | 60.09 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2021 | UB-U | 94245 | 21 THISTLE RD | UB | 83.77 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2022 | UB-U | 129245 | 21 THISTLE RD | UB | 83.68 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2022 | UB-U | 117550 | 21 THISTLE RD | UB | 108.00 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2023 | UB-U | 153483 | 21 THISTLE RD | UB | 95.87 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2023 | UB-U | 141808 | 21 THISTLE RD | UB | 103.22 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |
| 2024 | UB-U | 176903 | 21 THISTLE RD | UB | | | 85344 | 0 | KARAVAKIS ANNA |
| 2024 | UB-U | 165166 | 21 THISTLE RD | UB | | | 85344 | 0 | KARAVAKIS ANNA |
| 2025 | UB-U | 200471 | 21 THISTLE RD | UB | 175.22 | 175.22 | 85344 | 0 | KARAVAKIS ANNA |
| 2025 | UB-U | 188715 | 21 THISTLE RD | UB | 103.22 | 0.00 | 85344 | 0 | KARAVAKIS ANNA |

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | | | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | UB-U | 10435 | 114 | PEARL ST | BURLINGTON | UB | 837.21 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2001 | UB-U | 32383 | 114 | PEARL ST | BURLINGTON | UB | 371.76 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2001 | UB-U | 20764 | 114 | PEARL ST | BURLINGTON | UB | 70.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2002 | UB-U | 64981 | 114 | PEARL ST | BURLINGTON | UB | 348.14 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2002 | UB-U | 54046 | 114 | PEARL ST | BURLINGTON | UB | 251.64 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2002 | UB-U | 42369 | 114 | PEARL ST | BURLINGTON | UB | 221.01 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2003 | UB-U | 75907 | 114 | PEARL ST | BURLINGTON | UB | 295.29 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2003 | UB-U | 866 | 114 | PEARL ST | BURLINGTON | UB | 316.12 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2004 | UB-U | 26361 | 114 | PEARL ST | BURLINGTON | UB | 323.07 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2004 | UB-U | 11804 | 114 | PEARL ST | BURLINGTON | UB | 332.74 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2005 | UB-U | 48925 | 114 | PEARL ST | BURLINGTON | UB | 322.18 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2005 | UB-U | 37362 | 114 | PEARL ST | BURLINGTON | UB | 316.81 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2006 | UB-U | 60892 | 114 | PEARL ST | BURLINGTON | UB | 70.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2007 | UB-U | 96942 | 114 | PEARL ST | BURLINGTON | UB | 310.85 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2007 | UB-U | 71929 | 114 | PEARL ST | BURLINGTON | UB | 70.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2008 | UB-U | 118331 | 114 | PEARL ST | BURLINGTON | UB | 83.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2008 | UB-U | 107263 | 114 | PEARL ST | BURLINGTON | UB | 73.07 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2009 | UB-U | 140625 | 114 | PEARL ST | BURLINGTON | UB | 70.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2009 | UB-U | 129538 | 114 | PEARL ST | BURLINGTON | UB | 78.06 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2010 | UB-U | 152717 | 114 | PEARL ST | BURLINGTON | UB | 74.20 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2010 | UB-U | 151735 | 114 | PEARL ST | BURLINGTON | UB | 78.06 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2011 | UB-U | 185155 | 114 | PEARL ST | BURLINGTON | UB | 78.06 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2011 | UB-U | 173996 | 114 | PEARL ST | BURLINGTON | UB | 92.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2012 | UB-U | 207474 | 114 | PEARL ST | BURLINGTON | UB | 92.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2012 | UB-U | 196316 | 114 | PEARL ST | BURLINGTON | UB | 92.50 | 0.00 | 109977 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2013 | UB-U | 229802 | 114 | PEARL ST | BURLINGTON | UB | 98.75 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2013 | UB-U | 218629 | 114 | PEARL ST | BURLINGTON | UB | 92.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2014 | UB-U | 252198 | 114 | PEARL ST | BURLINGTON | UB | 619.10 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2014 | UB-U | 230827 | 114 | PEARL ST | BURLINGTON | UB | 98.75 | 0.00 | 109977 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2015 | UB-U | 11280 | 114 | PEARL ST | BURLINGTON | UB | 750.68 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2015 | UB-U | 49 | 114 | PEARL ST | BURLINGTON | UB | 200.48 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2016 | UB-U | 33983 | 114 | PEARL ST | BURLINGTON | UB | 399.17 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2016 | UB-U | 22571 | 114 | PEARL ST | BURLINGTON | UB | 581.39 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2017 | UB-U | 1101 | 114 | PEARL ST | BURLINGTON | UB | 221.52 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2017 | UB-U | 27 | 114 | PEARL ST | BURLINGTON | UB | 389.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2018 | UB-U | 35290 | 114 | PEARL ST | BURLINGTON | UB | 177.48 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2018 | UB-U | 22988 | 114 | PEARL ST | BURLINGTON | UB | 140.74 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2019 | UB-U | 58263 | 114 | PEARL ST | BURLINGTON | UB | 180.67 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2019 | UB-U | 41256 | 114 | PEARL ST | BURLINGTON | UB | 191.71 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2020 | UB-U | 69875 | 114 | PEARL ST | BURLINGTON | UB | 188.39 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2020 | UB-U | 68908 | 114 | PEARL ST | BURLINGTON | UB | 195.01 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2021 | UB-U | 106733 | 114 | PEARL ST | BURLINGTON | UB | 119.22 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2021 | UB-U | 94247 | 114 | PEARL ST | BURLINGTON | UB | 145.30 | 0.00 | 109977 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2022 | UB-U | 129247 | 114 | PEARL ST | BURLINGTON | UB | 125.69 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2022 | UB-U | 117552 | 114 | PEARL ST | BURLINGTON | UB | 119.22 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2023 | UB-U | 153485 | 114 | PEARL ST | BURLINGTON | UB | 143.39 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2023 | UB-U | 141810 | 114 | PEARL ST | BURLINGTON | UB | 125.69 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2024 | UB-U | 176905 | 114 | PEARL ST | BURLINGTON | UB | 267.39 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2024 | UB-U | 165168 | 114 | PEARL ST | BURLINGTON | UB | 132.50 | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2025 | UB-U | 200473 | 114 | PEARL ST | BURLINGTON | UB | | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |
| 2025 | UB-U | 188717 | 114 | PEARL ST | BURLINGTON | UB | | 0.00 | 109976 | 0 | GONZALEZ LUIS, MARIA & MILTO |

# CITY OF WOBURN

## Browse Bills

| Year | Type | Bill Numb | Reference | | | AR Code | Billed Amount | Unpaid | Customer | Address # | Name 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | UB-U | 140629 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 42,957.79 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2009 | UB-U | 129542 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 23,823.64 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2010 | UB-U | 152721 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 59,212.91 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2010 | UB-U | 151739 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 57,988.78 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2011 | UB-U | 185159 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 61,619.38 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2011 | UB-U | 174000 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 52,815.32 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2012 | UB-U | 207478 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 69,474.12 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2012 | UB-U | 196320 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 58,475.28 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2013 | UB-U | 229806 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 71,496.11 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2013 | UB-U | 218633 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 64,106.93 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2014 | UB-U | 252202 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 97,073.59 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2014 | UB-U | 230831 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 61,614.94 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2015 | UB-U | 1026 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 80,591.38 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2015 | UB-U | 52 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 66,511.52 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2016 | UB-U | 33985 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 82,036.91 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2016 | UB-U | 22580 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 72,539.89 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2017 | UB-U | 1105 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 86,178.78 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2017 | UB-U | 31 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 80,299.06 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2018 | UB-U | 35294 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 51,663.47 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2018 | UB-U | 22992 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 50,053.58 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2019 | UB-U | 58267 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 57,421.16 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2019 | UB-U | 41260 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 49,088.74 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2020 | UB-U | 69879 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 66,194.63 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2020 | UB-U | 68912 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 49,516.47 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2021 | UB-U | 106737 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 86,775.35 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2021 | UB-U | 94251 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 69,049.16 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2022 | UB-U | 129251 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 75,402.36 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2022 | UB-U | 117556 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 71,834.15 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2023 | UB-U | 153489 | 0 PEARL ST-KIMBALL CT BLD | | | UB | 77,718.29 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2023 | UB-U | 141814 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 79,489.66 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2024 | UB-U | 176909 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 77,220.19 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2024 | UB-U | 165172 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 77,937.93 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2025 | UB-U | 200477 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 90,373.09 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |
| 2025 | UB-U | 188721 | 0 PEARL ST-KIMBALL CT BLD 8 | | | UB | 62,335.60 | 0.00 | 191437 | 0 | HALSTEAD | BURLINGTON |