# EXHIBIT F



Public Works Department
10 Common Street
Woburn, MA 01801
www.woburnma.gov

# WATER & SEWER BILL
### Remit Copy

Please write your account number on your check and enclose this portion of bill with your payment.

| Bill Number | Bill Date | Account Number | Past Due | Past Due Interest | Current Charges |
|---|---|---|---|---|---|
| 200477 | 12/31/2024 | 013147 | $0.00 | $0.00 | $90,373.09 |

| Date Due | Amount Due |
|---|---|
| 04/22/2025 | $90,373.09 |

Service Address

PEARL ST-KIMBALL CT BLD 8

HALSTEAD BURLINGTON
PO BOX 4697
LOGAN, UT 84323

For mailing address changes, please check box and complete back of bill or visit: www.woburnma.gov ☐

041460420255002004778000903730 93

✂ DETACH AND RETURN THE PORTION ABOVE WITH YOUR PAYMENT ✂

Public Works Department
10 Common Street
Woburn, MA 01801
www.woburnma.gov

# WATER & SEWER BILL
### Customer Copy
Keep this portion for your records

Customer: HALSTEAD BURLINGTON

Service Address: PEARL ST-KIMBALL CT BLD 8

| Bill Number | Bill Date | Account Number | Due Date |
|---|---|---|---|
| 200477 | 12/31/2024 | 013147 | 04/22/2025 |

| DESCRIPTION | Present Read Date | Previous Read Date | Present Meter Reading | Previous Meter Reading | Usage | Charge |
|---|---|---|---|---|---|---|
| BURL WATER | 12/31/2024 | 06/30/2024 | 2280756 | 1807364 | 3616024 | $34,808.62 |
| BURL SEWER | | | | | 3616024 | $55,564.47 |

↓ Gallons

| Last Payment Amt | Last Payment Date | Past Due | Past Due Interest | Current Charges | Amount Due |
|---|---|---|---|---|---|
| $62,335.60 | 10/15/2024 | $0.00 | $0.00 | $90,373.09 | $90,373.09 |

EFFECTIVE JANUARY 1, 2022: In accordance with Mass General Law Ch 59, Sect 57, all unpaid balances remaining after the due date are subject to a $15.00 Demand Fee and Interest Charge (14% per annum).

MAKE CHECKS PAYABLE TO:
City of Woburn
MAIL PAYMENTS TO:
City of Woburn
P.O. Box 846201
Boston, MA 02284
CITY HALL HOURS:
9:00 AM - 4:30 PM, Mon, Tue, Wed.
9:00 AM - 7:00 PM, Thurs
9:00 AM - 1:00 PM, Fri

Residential Water: $189.62 Sewer: $147.50 per dwelling unit, billed semi-annually. Non-Residential Water: $8.51 per 100 cubic feet of water, billed semi-annually, Minimum Charge: $143.75 Non-Residential Sewer: 177% of water charges. Properties not connected to the common sewer shall be assessed at a semi-annual fee of $5.00 per dwelling unit.

| Bill Number | Service Address |
|---|---|
| 200477 | PEARL ST-KIMBALL CT BLD 8 |



**Public Works Department**
10 Common Street
Woburn, MA 01801
www.woburnma.gov

# WATER & SEWER BILL
**Remit Copy**

Please write your account number on your check and enclose this portion of bill with your payment.

| Bill Number | Bill Date | Account Number | Past Due | Past Due Interest | Current Charges |
|---|---|---|---|---|---|
| 200478 | 12/31/2024 | 013148 | -$83,488.33 | $0.00 | $83,488.33 |

| Date Due | Amount Due |
|---|---|
| 04/22/2025 | $0.00 |

**Service Address**
PEARL ST-KIMBALL CT BLD 9

HALSTEAD BURLINGTON
PO BOX 4697
LOGAN, UT 84323

For mailing address changes, please check box and complete back of bill or visit: www.woburnma.gov ☐

041460420255002004786000000000000

✂ DETACH AND RETURN THE PORTION ABOVE WITH YOUR PAYMENT ✂

**Public Works Department**
10 Common Street
Woburn, MA 01801
www.woburnma.gov

# WATER & SEWER BILL
**Customer Copy**

Keep this portion for your records

**Customer**
HALSTEAD BURLINGTON

**Service Address**
PEARL ST-KIMBALL CT BLD 9

| Bill Number | Bill Date | Account Number | Due Date |
|---|---|---|---|
| 200478 | 12/31/2024 | 013148 | 04/22/2025 |

| Description | Present Read Date | Previous Read Date | Present Meter Reading | Previous Meter Reading | Usage | Charge |
|---|---|---|---|---|---|---|
| BURL WATER | 12/31/2024 | 06/30/2024 | 3552348 | 3105608 | 3341840 | $32,157.26 |
| BURL SEWER | | | | | 3341840 | $51,331.07 |

↓ Gallons

| Last Payment Amt | Last Payment Date | Past Due | Past Due Interest | Current Charges | Amount Due |
|---|---|---|---|---|---|
| $83,488.33 | 04/02/2025 | -$83,488.33 | $0.00 | $83,488.33 | $0.00 |

EFFECTIVE JANUARY 1, 2022: In accordance with Mass General Law Ch 59, Sect 57, all unpaid balances remaining after the due date are subject to a $15.00 Demand Fee and Interest Charge (14% per annum).

MAKE CHECKS PAYABLE TO:
City of Woburn
MAIL PAYMENTS TO:
City of Woburn
P.O. Box 848201
Boston, MA 02284
CITY HALL HOURS:
  9:00 AM - 4:30 PM, Mon, Tue, Wed.
  9:00 AM - 7:00 PM, Thurs
  9:00 AM - 1:00 PM, Fri

Residential Water: $169.62 Sewer: $147.50 per dwelling unit, billed semi-annually. Non-Residential Water: $8.51 per 100 cubic feet of water, billed semi-annually, Minimum Charge: $143.75 Non-Residential Sewer: 177% of water charges. Properties not connected to the common sewer shall be assessed at a semi-annual fee of $5.00 per dwelling unit.

| Bill Number | Service Address |
|---|---|
| 200478 | PEARL ST-KIMBALL CT BLD 9 |