# EXHIBIT G

**Tanya Trevisan**

| | |
|---|---|
| From: | Tanya Trevisan |
| Sent: | Thursday, August 28, 2025 9:26 AM |
| To: | Duran, Jay |
| Subject: | Re: Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA |

Good morning, Jay. Thank you for the update.

Best,

Tanya

--

Tanya D. Trevisan, Esq.



Mirrione Shaughnessy Uitti LLC

2 Batterymarch Park, Suite 202
Quincy, MA 02169
Main: (508) 510-5727
Office Direct: (617) 404-8747
Mobile: (617) 308-2204
Fax: (508) 857-0751
Email: ttrevisan@msullc.com
MSULLC.COM

Disclaimer: This e-mail may contain confidential or attorney-client privileged material and is for use solely by the above referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this e-mail in error, please immediately notify Tanya D. Trevisan, Esq., at (508) 510-5727 and delete the copy you received. Thank you.

This is an automatically generated message for Tanya D. Trevisan, Esq.

 *Think Green. Please consider the environment before printing this email.*

---

**From:** Duran, Jay <jduran@cityofwoburn.com>
**Date:** Thursday, August 28, 2025 at 8:18 AM
**To:** Tanya Trevisan <ttrevisan@msullc.com>
**Subject:** RE: Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA

Tanya:
I have sent this to the City Solicitor for the City of Woburn for comment and evaluation.

Jay



John F. Duran III, P.E.
Superintendent
Woburn Public Works
50 North Warren Street
Woburn, MA 01801
Tel: (781) 897-5980
Fax: (781) 897-5989

**From:** Tanya Trevisan <ttrevisan@msullc.com>
**Sent:** Monday, August 25, 2025 9:23 AM
**To:** Duran, Jay <jduran@cityofwoburn.com>
**Subject:** Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA

[NOTICE: This message originated outside of our organization -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

Dear Superintendent Duran:

Please be advised that this firm represents The DSF Group, which manages two residential apartment buildings, commonly known as the "Halstead Burlington Apartments," which are located at 8 Kimball Court, in Burlington, Massachusetts (the "Property"). The attached letter serves as a formal request for water and sewer rate abatements and/or other relief from the water and sewer charges which are anticipated to be forthcoming from the City of Woburn and will be assessed to the Property.

Thank you for your time and kind attention to this matter, and I look forward to hearing from your office soon.

Sincerely,

Tanya Trevisan

--
Tanya D. Trevisan, Esq.


Mirrione
Shaughnessy
Ultti LLC

2 Batterymarch Park, Suite 202
Quincy, MA 02169
Main: (508) 510-5727
Office Direct: (617) 404-8747
Mobile: (617) 308-2204
Fax: (508) 857-0751

2

Email: ttrevisan@msullc.com
MSULLC.COM

Disclaimer: This e-mail may contain confidential or attorney-client privileged material and is for use solely by the above referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this e-mail in error, please immediately notify Tanya D. Trevisan, Esq., at (508) 510-5727 and delete the copy you received. Thank you.

This is an automatically generated message for Tanya D. Trevisan, Esq.

*Think Green. Please consider the environment before printing this email.*

NOTICE: Although specific privileges may apply, which could make a particular email correspondence confidential; in most instances any transmission through the municipal email system is considered a public document subject to the requirements of M.G.L. c.66. This means that any emails sent to or from a city email address ARE NOT PRIVATE and are subject to public records requests and dissemination. Please do not send private, sensitive information via email. This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.



**Mirrione Shaughnessy Uitti** LLC

Counselors at Law

Tanya D. Trevisan
(617) 404-8747 – Direct
ttrevisan@msullc.com
Admitted in: MA

August 25, 2025

**VIA ELECTRONIC MAIL:** jduran@cityofwoburn.com

Mr. Jay Duran, Superintendent
Department of Public Works
City of Woburn
50 North Warren Street
Woburn, MA 01801

Re: **Request for Water & Sewer Rate Abatements—8 Kimball Court, Burlington, Massachusetts 01803**

Dear Superintendent Duran:

Please be advised that this office represents The DSF Group ("DSF"), which manages 256 residential apartment units within two (2) buildings, commonly known as the "Halstead Burlington Apartments," which are located at 8 and 9 Kimball Court, Burlington, Massachusetts 01803 (the "Property"). Pursuant to §§ 13.2.35.D.1. & 13.3.9.C. of the City of Woburn Code of Ordinances (the "Municipal Code"), please allow this correspondence to serve as a formal request for water and sewer rate abatements and/or other relief from the most recent water and sewer charges to be assessed[1] on the Property. For the reasons outlined below, DSF contends that the water and sewer rates being assessed on the Property are disproportionately high in comparison to other, similarly-sized properties and are unduly burdensome on DSF and the affordable[2] housing component of the Property. Accordingly, DSF respectfully submits that this be considered a "proper case", as

---

[1] It is DSF's understanding that the City of Woburn (the "City") Water Department is scheduled to issue water and sewer bills to system users in or around mid-August 2025. It is intended that this request for water and sewer rate abatements be considered in relation to said water and sewer bill, as §§ 13.2.35.D.1. & 13.3.9.C. of the Municipal Code requires that requests for abatements and exemptions must be filed with the Superintendent of Public Works within thirty (30) days of billing date recorded on water and sewer bill.

[2] The residential apartment complex on the Property was constructed pursuant to a 2002 decision of the Town of Burlington Zoning Board of Appeals (the "2002 ZBA Decision"), granting a comprehensive permit pursuant to G.L. c. 40B and requiring that 25% of the apartment units constructed be reserved as affordable housing for a period of 99 years or as long as the development is not in full conformity with the Town of Burlington Zoning Bylaw, whichever is longer.

---

**Office Locations**

**Main Office** – Use for all correspondence
2 Batterymarch Park, Suite 202
Quincy, MA 02169
Tel. (508) 510-5727 ▪ Fax (508) 857-0751

**New Hampshire:**
108 Mammoth Road
Londonderry, NH 03053
Tel. (603) 404-6200

contemplated by §13.2.1 of the Municipal Code, for the abatements to be awarded here, as requested.

## A.   Property History

By way of background, the 2002 ZBA Decision[3] provides, in relevant part, the following provisions with respect to water and sewer for the Property:

> ...9. All units shall be connected to public water and sewer facilities at the Applicant's sole cost and expense.
>
> 10. In the event that the water supply for the Project is to be provided from Burlington, the Applicant shall be required to either (a) connect the existing dead end water main at Beacon Street to the existing dead end water main in Peach Orchard Road, providing a looped water main to serve the proposed building; or (b) the Applicant shall propose alternative arrangements acceptable to the Town's DPW Superintendent and/or Fire Department which approval shall not be unreasonably withheld. The location and design of such water line shall be subject to review and approval of the DPW Superintendent. Where the system may need to be constructed outside Town boundaries, the Applicant shall pursue construction approval from the City of Woburn as may be required...
>
> 29. The Applicant shall be responsible for maintaining ... all improvements within the Project, including ... sewer system [and] water lines.

The apartment buildings on the Property contain 256 residential apartment units, all of which are located in the Town of Burlington. However, because the Property is adjacent to conservation land in Burlington, a water and sewer connection through Burlington was not possible. The apartment building ultimately was constructed in 2005 with water and sewer connections and services being provided by and through the City of Woburn. The current owner of the Property, 8 Kimball Court Owner LLC, which is an affiliate of DSF, acquired the Property via a Quitclaim Deed recorded

---

[3] The 2002 ZBA Decision was recorded with the Middlesex South Registry of Deeds on October 3, 2002, at Book 36603, Page 395. The applicant and then-owner of the Property, Kimball Woods LLC, subsequently applied for— and the Town of Burlington Zoning Board of Appeals granted on January 21, 2003, December 16, 2003, and July 30, 2004—three separate amendments to the original 2002 ZBA Decision on the Comprehensive Permit. However, none of these amendments concerned water or sewer issues.

Mr. Jay Duran, Superintendent
August 25, 2025
Page 3 of 5

with the Middlesex South Registry of Deeds on October 1, 2020, at Book 75776, Page 329. A spreadsheet of water and sewer charges that have been assessed to the Property from Fiscal Year 2022 through the first half of Fiscal Year 2025 are attached at **Exhibit A** for your reference.

### B. Calculation of Water and Sewer Rates

#### a. Water Rates

Title 13, § 13.2.35.D.3., of the Municipal Code (the "Water Ordinance") provides as follows:

> Out-of-City customers connected to the water distribution system shall be billed the applicable water rate of the city they reside in, plus a 25% service fee.

Based on the City's response to my public records requests, dated April 23, 2025, and June 4, 2025 (the "Public Records Requests"), the City's Department of Public Works (the "DPW") has no record of any agreement or communication with the Town of Burlington regarding Burlington's water rates. Rather, the City has indicated that it is the practice of the DPW to telephone the Town of Burlington directly for updated rate information.

#### b. Sewer Rates

Similar to the Water Ordinance, Title 13, § 13.3.9.E. (the "Sewer Ordinance") provides as follows:

> Out-of-city customers connected to the Woburn Sewer System shall be billed the applicable sewer rate plus 25% sewer charge fee.

The "applicable sewer rate" appears to refer to the base sewer rates which require a majority vote of the City Council for approval. Accordingly, pursuant to § 13.3.9.A.1. of the Municipal Ordinance, we understand the current sewer rate for the Property to be as follows:

> For Domestic Use: base rate of $147.50 for billing cycle. Multi-residential units shall be billed by the number of units times the base rate, semiannually.

However, the water and sewer bills issued by the City, including Bill Number 200477, dated 12/31/2024, a copy of which is attached as **Exhibit B**, includes a notation at the bottom of the bill which states "Non-Residential Sewer: 177% of water charges." These two provisions appear to

conflict, and it would be helpful to better understand the calculations used by the City in determining the sewer charges for the Property. It would seem that the City has been billing the Property for: 1) water services based on the Town of Burlington's water rates, plus a 25% service fee; and 2) sewer services at the rate set by the City Council, multiplied by 256 (the number of units at the Property), plus a 25% sewer charge fee, or 177% of the water charges, or some combination thereof.

### C. Request for Water and Sewer Rate Abatements

Section 13.2.1 of the Municipal Code provides that the Superintendent of the City's Department of Public Works (hereinafter the "DPW Superintendent") "shall make abatements in the water rates of all proper cases." Based on the City's responses to the Public Records Requests, no other property is billed for water services by the City at an amount that is even remotely close to what the Property is charged. The City produced a zip file, entitled "Burlington List of Accounts," which includes documents relating to properties that have been billed by the City in the same manner as the Property, i.e., using the Town of Burlington's water rates and adding a 25% surcharge on the water bills. Those properties include the following as identified, with the total billed amount for Fiscal Year 2024 in parentheses:

| | |
|---|---|
| 1 Winn St-Burlington | ($132.89) |
| 21-23 Winter St-Burlington | ($310.56) |
| 3 Wyman St-Burlington | ($259.39) |
| 120 Pearl St-Burlington | ($324.17) |
| 21 Thistle Rd-Burlington | ($203.87) |
| 114 Pearl St-Burlington | ($269.08) |

Comparatively, the Property (identified by the City as "0 Pearl St-Kimball Ct Bld 8" and "0 Pearl St-Kimball Ct Bld 9") was billed by the City a total of **$104,661.24** for water (and **$171,565.48** for sewer) in Fiscal Year 2024. *See* **Exhibit A**. For context, another of DSF's properties, which is an apartment complex comprised of eleven (11) buildings known as "Halstead Holden", located at 90 Central Park, Holden, Massachusetts ("Halstead Holden"), was invoiced by the Town of Holden for a total of **$156,980.42** for water *and* sewer services in 2024. As is evidenced by the fact that the amount billed by the City for water and sewer services for the Property (i.e., *two* apartment buildings, in Burlington) is well in excess of the *combined* bills for *eleven* buildings at the Halstead Holden apartment complex, it is inequitable for the City to charge DSF such a disproportionately high amount for water and sewer services. The current water and sewer rates not only are unduly burdensome to DSF, but they negatively impact the affordable housing component of the Property.

Mr. Jay Duran, Superintendent
August 25, 2025
Page 5 of 5

Accordingly, for all of the foregoing reasons, DSF respectfully requests that water and sewer rate abatements be granted in this case.

To that end, my client and I would like to schedule a meeting with you, at your convenience, to better understand the City's billing practices and to discuss further DSF's request for water and sewer rate abatements from the next anticipated water and sewer bill assessed on the Property.

Thank you for your time and kind consideration of this matter, and I look forward to hearing from you soon.

Sincerely,

MIRRIONE, SHAUGHNESSY
& UITTI, LLC

Tanya D. Trevisan, Esq.

Encls.
cc: The DSF Group