# EXHIBIT H

## Tanya Trevisan

**From:** Tanya Trevisan
**Sent:** Monday, August 25, 2025 12:57 PM
**To:** Scalesse, Lori
**Subject:** Re: Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA

Thank you, Lori.

--

Tanya D. Trevisan, Esq.



2 Batterymarch Park, Suite 202
Quincy, MA 02169
Main: (508) 510-5727
Office Direct: (617) 404-8747
Mobile: (617) 308-2204
Fax: (508) 857-0751
Email: ttrevisan@msullc.com
MSULLC.COM

Disclaimer: This e-mail may contain confidential or attorney-client privileged material and is for use solely by the above referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this e-mail in error, please immediately notify Tanya D. Trevisan, Esq., at (508) 510-5727 and delete the copy you received. Thank you.

This is an automatically generated message for Tanya D. Trevisan, Esq.

 *Think Green. Please consider the environment before printing this email.*

---

**From:** Scalesse, Lori <LScalesse@cityofwoburn.com>
**Date:** Monday, August 25, 2025 at 10:54 AM
**To:** Tanya Trevisan <ttrevisan@msullc.com>
**Subject:** RE: Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA

Thank you, Tanya. I have received your request and will follow-up with Mr. Duran.

Have a great day.



1

*Lori Scalesse*
City of Woburn
Water Department
5 Cove Street
Woburn, MA 01801
781-897-5945
lscalesse@cityofwoburn.com

---

**From:** Tanya Trevisan <ttrevisan@msullc.com>
**Sent:** Monday, August 25, 2025 9:41 AM
**To:** Scalesse, Lori <LScalesse@cityofwoburn.com>
**Subject:** FW: Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA

[NOTICE: This message originated outside of our organization -- **DO NOT CLICK** on links or open attachments unless you are sure the content is safe.]

Good morning, Lori. As a follow-up to our discussion a few weeks ago, please find below an email and related attachment that I sent to DPW Superintendent Duran this morning to request an abatement of the water and sewer assessments that are anticipated to be forthcoming within the next few weeks. Please note that, per your suggestion, I spoke with Mr. Duran's administrative assistant, and also left a voicemail Mr. Duran, this morning to let them know that the letter was coming. Should you have any questions regarding this matter or require any additional information, please do not hesitate to contact me directly.

Thank you,

Tanya

--

Tanya D. Trevisan, Esq.

 **Mirrione Shaughnessy Uitti** LLC

2 Batterymarch Park, Suite 202
Quincy, MA 02169
Main: (508) 510-5727
Office Direct: (617) 404-8747
Mobile: (617) 308-2204
Fax: (508) 857-0751
Email: ttrevisan@msullc.com
MSULLC.COM

Disclaimer: This e-mail may contain confidential or attorney-client privileged material and is for use solely by the above referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this e-mail in error, please immediately notify Tanya D. Trevisan, Esq., at (508) 510-5727 and delete the copy you received. Thank you.

2

This is an automatically generated message for Tanya D. Trevisan, Esq.
*Think Green. Please consider the environment before printing this email.*

---

**From:** Tanya Trevisan <ttrevisan@msullc.com>
**Date:** Monday, August 25, 2025 at 9:23 AM
**To:** jduran@cityofwoburn.com <jduran@cityofwoburn.com>
**Subject:** Request for Water & Sewer Rate Abatements--8 Kimball Court, Burlington, MA

Dear Superintendent Duran:

Please be advised that this firm represents The DSF Group, which manages two residential apartment buildings, commonly known as the "Halstead Burlington Apartments," which are located at 8 Kimball Court, in Burlington, Massachusetts (the "Property"). The attached letter serves as a formal request for water and sewer rate abatements and/or other relief from the water and sewer charges which are anticipated to be forthcoming from the City of Woburn and will be assessed to the Property.

Thank you for your time and kind attention to this matter, and I look forward to hearing from your office soon.

Sincerely,

Tanya Trevisan

--

Tanya D. Trevisan, Esq.


**Mirrione Shaughnessy Uitti** LLC

2 Batterymarch Park, Suite 202
Quincy, MA 02169
Main: (508) 510-5727
Office Direct: (617) 404-8747
Mobile: (617) 308-2204
Fax: (508) 857-0751
Email: ttrevisan@msullc.com
MSULLC.COM

Disclaimer: This e-mail may contain confidential or attorney-client privileged material and is for use solely by the above referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this e-mail in error, please immediately notify Tanya D. Trevisan, Esq., at (508) 510-5727 and delete the copy you received. Thank you.

This is an automatically generated message for Tanya D. Trevisan, Esq.
*Think Green. Please consider the environment before printing this email.*

NOTICE: Although specific privileges may apply, which could make a particular email correspondence confidential; in most instances any transmission through the municipal email system is considered a public document subject to the requirements of M.G.L. c.66. This means that any emails sent to or from a city email address ARE NOT PRIVATE and are subject to public records requests and dissemination. Please do not send private, sensitive information via email. This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.