# EXHIBIT I



**PUBLIC WORKS DEPARTMENT**
50 NORTH WARREN STREET
WOBURN, MA 01801

## WATER & SEWER BILL

| Bill Date | Issue Date | Bill # |
|---|---|---|
| 06/30/2025 | 09/19/2025 | 201518 |
| Due Date | | Account # |
| 10/21/2025 | | 013147 |

| | |
|---|---|
| Last Payment (4/14/25) | $90,373.09 |
| Past Due (60+ Days) | $0.00 |
| Past Due Interest | $0.00 |
| Current Charges | $73,454.53 |
| **Amount Due By 10/21/2025** | **$73,454.53** |

Payments received after September 11, 2025 are not reflected on this bill.

Service Location
**0 PEARL ST-KIMBALL CT BLD 8**

Customer Name
**HALSTEAD BURLINGTON**

HALSTEAD BURLINGTON
PO BOX 4697
LOGAN, UT 84323

---

## TAXPAYER COPY - SAVE THIS PORTION FOR YOUR RECORDS

| Service Description | Previous Read Date / Reading | | Present Read Date / Reading | | Usage | Charge |
|---|---|---|---|---|---|---|
| BURLINGTON WATER | 12/31/24 | 2290756 | 6/30/25 | 2684077 | 393,321 | 28,293.19 |
| BURLINGTON SEWER | | | | | 393,321 | 45,161.34 |

**Payments**
Online: www.woburnma.gov
Mail: Please return the bottom portion of this bill and make checks payable to 'City of Woburn' and mail to:

**CITY OF WOBURN**
**PO BOX 848201**
**BOSTON, MA 02284**

For more information regarding water quality reports and PFAS results, please visit the City of Woburn's website at www.woburnma.gov.

EFFECTIVE JANUARY 1, 2020: Residential Water: $189.62, Sewer: $147.50 per dwelling unit, billed semi-annually. Non-Residential Water: $8.51 per 100 cubic feet of water, billed semi-annually, Minimum Charge: $143.75. Non-Residential Sewer: 177% of water charges. Properties not connected to the common sewer shall be assessed at a semi-annual fee of $5.00 per dwelling unit.

EFFECTIVE JANUARY 1, 2022: In accordance with Mass General Law Ch 59, Sect 57, all unpaid balances are subject to a $15.00 Demand Fee and Interest Charges (14% per annum) after 30 days of issuance date.

**Hours For City Hall**
9:00 AM - 4:30 PM Mon, Tue, Wed
9:00 AM - 7:00 PM Thursday
9:00 AM - 1:00 PM Friday

**Water Department**
781-897-5945

**COMMERCIAL USERS – SEE REVERSE SIDE OF BILL FOR NEW METER REGULATIONS**

---

## CITY OF WOBURN - WATER & SEWER BILL

Bill Mailed To:
HALSTEAD BURLINGTON
PO BOX 4697
LOGAN, UT 84323

Service Location
**0 PEARL ST-KIMBALL CT BLD 8**

Customer Name
**HALSTEAD BURLINGTON**

MAKE CHECK PAYABLE TO "CITY OF WOBURN" AND MAIL TO:
CITY OF WOBURN
PO BOX 848201
BOSTON, MA 02284

### REMIT COPY
RETURN THIS PORTION WITH YOUR WATER/SEWER PAYMENT BY
**10/21/2025**

| | |
|---|---|
| Account # | 013147 |
| Bill # | 201518 |
| Bill Date | 06/30/2025 |
| Due Date | 10/21/2025 |

If you are using a bank bill pay service for payment, you MUST indicate the ACCOUNT NUMBER on the check. If you fail to include this information, your payment is at risk of not being posted properly, resulting in further fees and interest.

| **Amount Due By 10/21/2025** | **$73,454.53** |
|---|---|

15 / 11637 - ut

04146042026300201518800073454530



| PUBLIC WORKS DEPARTMENT | WATER & SEWER BILL |
|---|---|
| 50 NORTH WARREN STREET<br>WOBURN, MA 01801 | |

| Bill Date | Issue Date | Bill # |
|---|---|---|
| 06/30/2025 | 09/19/2025 | 201519 |
| Due Date | | Account # |
| 10/21/2025 | | 013148 |

| | |
|---|---|
| Last Payment (4/2/25) | $83,488.33 |
| Past Due (60+ Days) | $0.00 |
| Past Due Interest | $0.00 |
| Current Charges | $76,438.10 |
| **Amount Due By 10/21/2025** | **$76,438.10** |

Service Location
**0 PEARL ST-KIMBALL CT BLD 9**
Customer Name
**HALSTEAD BURLINGTON**

HALSTEAD BURLINGTON
PO BOX 4697
LOGAN, UT 84323

Payments received after September 11, 2025 are not reflected on this bill.

## TAXPAYER COPY - SAVE THIS PORTION FOR YOUR RECORDS

| Service Description | Previous Read Date / Reading | Present Read Date / Reading | Usage | Charge |
|---|---|---|---|---|
| BURLINGTON WATER | 12/31/24  3552348 | 6/30/25  3961553 | 409,205 | 29,442.18 |
| BURLINGTON SEWER | | | 409,205 | 46,995.92 |

**Payments**
Online: www.woburnma.gov
Mail: Please return the bottom portion of this bill and make checks payable to 'City of Woburn' and mail to:

**CITY OF WOBURN**
**PO BOX 848201**
**BOSTON, MA 02284**

For more information regarding water quality reports and PFAS results, please visit the City of Woburn's website at www.woburnma.gov.

**EFFECTIVE JANUARY 1, 2020:** Residential Water: $189.62, Sewer: $147.50 per dwelling unit, billed semi-annually. Non-Residential Water: $8.51 per 100 cubic feet of water, billed semi-annually, Minimum Charge: $143.75. Non-Residential Sewer: 177% of water charges. Properties not connected to the common sewer shall be assessed at a semi-annual fee of $5.00 per dwelling unit.

**EFFECTIVE JANUARY 1, 2022:** In accordance with Mass General Law Ch 59, Sect 57, all unpaid balances are subject to a $15.00 Demand Fee and Interest Charges (14% per annum) after 30 days of issuance date.

**COMMERCIAL USERS – SEE REVERSE SIDE OF BILL FOR NEW METER REGULATIONS**

**Hours For City Hall**
9:00 AM - 4:30 PM Mon, Tue, Wed
9:00 AM - 7:00 PM Thursday
9:00 AM - 1:00 PM Friday

**Water Department**
781-897-5945

---

## CITY OF WOBURN - WATER & SEWER BILL

Bill Mailed To:
HALSTEAD BURLINGTON
PO BOX 4697
LOGAN, UT 84323

Service Location
**0 PEARL ST-KIMBALL CT BLD 9**
Customer Name
**HALSTEAD BURLINGTON**

MAKE CHECK PAYABLE TO "CITY OF WOBURN" AND MAIL TO:
CITY OF WOBURN
PO BOX 848201
BOSTON, MA 02284

## REMIT COPY
**RETURN THIS PORTION WITH YOUR WATER/SEWER PAYMENT BY 10/21/2025**

| | |
|---|---|
| Account # | 013148 |
| Bill # | 201519 |
| Bill Date | 06/30/2025 |
| Due Date | 10/21/2025 |

If you are using a bank bill pay service for payment, you MUST indicate the ACCOUNT NUMBER on the check. If you fail to include this information, your payment is at risk of not being posted properly, resulting in further fees and interest.

**Amount Due By 10/21/2025     $76,438.10**

16 / 11637 - ut

0414604202630020151960007643810 0